# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**CARLOS PEREZ,**  **CIVIL ACTION**
  **Plaintiff**

**VERSUS**  **NO. 12-1239**

**JAMES LEBLANC, et al.,**  **SECTION: "E" (1)**
  **Defendant**s

## ORDER

The Court, having considered the petition, the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of Carlos Perez for *habeas corpus* relief be and hereby is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __28th__ day of December, 2012.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**